# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM R. TUCKER,
INDIVIDUALLY AND ON BEHALF
OF MCKENZIE A. TICKER

VERSUS

THE STATE OF LOUISIANA
THROUGH THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT (DOTD)

NO.   2025 CW 0685

**NOVEMBER 17, 2025**

---

In Re:    Traffic Commander, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 704453.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

> **SMM**
> **BDE**
> **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT